### 25399. MARTIN *v.* CITY OF THOMASVILLE.

MACINTYRE, J.   1. This case is controlled by the decision in *Tucker* v. *Thomasville*, ante, 226, on the question whether the mayor had jurisdiction of the offense against the municipality.

2. In the case sub judice, the evidence authorized the verdict, and for no reason assigned did the judge err in dismissing the certiorari.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED APRIL 8, 1936.

*S. W. Doss,* for plaintiff in error.   *P. C. Andrews,* contra.